UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GODFREY SIMON BUNDALA,<br>Petitioner,<br>v.<br>RUBEN LAYEVA, ET AL,<br>Respondents. | **INTERIM ORDER FOR BOND HEARING AND STATUS REPORT**<br><br>Case No. 2:26-cv-00779-AMA<br><br>Judge Ann Marie McIff Allen |

The Court held a status conference in this matter today, August 25, 2026, at 2:00 p.m. Based on the parties' oral stipulation provided at that conference, the Court ORDERS as follows:

1. Respondents are ordered to provide Petitioner with a custody redetermination hearing before an Immigration Judge within seven (7) days, no later than September 1, 2026.

2. Respondents are enjoined from transferring Petitioner outside of either the District of Utah or Sweetwater County Jail in Wyoming prior to the custody redetermination hearing, so long as such hearing takes place as ordered within seven days.

3. Petitioner is ordered to file a status report within 48 hours of the custody redetermination hearing that explains the results of the hearing and includes a statement regarding whether any of the issues in the Petition (ECF No. 1) or Emergency Motion to Stay Transfer During Pendency of Petition (EC No. 3) are mooted by the results of the hearing. The Court will hold the Petition (ECF No. 1)

and Emergency Motion to Stay Transfer During Pendency of Petition (EC No. 3) in abeyance until after the custody redetermination hearing takes place.

DATED this 25th day of August, 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge